**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Dequincy Jamel Lewis
Louisiana State Penitentiary DOC No. 627149
17544 Tunica Trace
Angola LA 70712

> Judgment on rehearing rendered and mailed to all parties or counsel of record on June 17, 2026

**REHEARING ACTION: June 17, 2026**

**Docket Number: 25   00398-KA**

**STATE OF LOUISIANA**
**VERSUS**
**DEQUINCY JAMEL LEWIS**

**Appealed from St. Martin Parish Case No. 19-254559**

**BEFORE JUDGES:**

    **Hon. Shannon J. Gremillion**
    **Hon. Sharon Darville Wilson**
    **Hon. Ledricka J. Thierry**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Dequincy Jamel Lewis** has this day been

    **DENIED.**

cc: Hon. Morris M. Haik, III, Counsel for the Appellee
    W. Claire Howington, Counsel for the Appellee
    Edward Kelly Bauman, Counsel for the Appellant